1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   EDMUNDO CUEVAS,
                                        Case No. 18-cv-03741-PJH
8           Plaintiff,
9       v.                              **JUDGMENT**
10  RESILIENT FLOOR COVERING
    PENSION FUND,
11
            Defendant.
12
13

14      The issues having been duly heard and the court having granted plaintiff's motion

15  for summary judgment,

16      it is Ordered and Adjudged

17      that judgment is hereby entered in favor of plaintiff and against defendant.

18      **IT IS SO ORDERED.**

19  Dated: May 8, 2019

20  _____

21  PHYLLIS J. HAMILTON
    United States District Judge

22
23
24
25
26
27
28